**ATTORNEY'S NAME:** Wasielewski, Jonathan D 32755
**AND ADDRESS:** 1750 St. Charles, Suite CU-1, New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-05756 | DIVISION: G | SECTION: 11 |
|---|---|---|

### DESVINGE, DEMICKA ET AL
### Versus
### DOE, JOHN ET AL
### CITATION - OUT OF COUNTRY

TO: FLASH FREIGHT SYSTEMS

THROUGH: A REQUEST TO BE MADE BY PLAINTIFFS' COUNSEL UNDER THE HAGUE SERVICE CONVENTION TO ATTORNEY GENERAL OF ONTARIO, MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO, OR MINISTER OF JUSTICE OF ONTARIO WITH FORM USM – 94 REQUESTING THAT SERVICE BE MADE BY AND ENFORCEMENT OFFICER OF THE MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO UPON FLASH FREIGHT SYSTEMS

5894 EIGHTH LINE, ARISS, ON N0B 1B0, CANADA

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within sixty (60) days after service has been made on an out of country defendant pursuant to the "Hague Convention" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
\*\*\*\*\*\*\*\*COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE\*\*\*\*\*\*\*\*

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 31, 2019

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court for the
Parish of Orleans, State of LA
by _____
Tracy Lafonta, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| **PETITION FOR DAMAGES** | **PETITION FOR DAMAGES** |
| ON **FLASH FREIGHT SYSTEMS** | ON **FLASH FREIGHT SYSTEMS** |
| THROUGH: **A REQUEST TO BE MADE BY PLAINTIFFS' COUNSEL UNDER THE HAGUE SERVICE CONVENTION TO ATTORNEY GENERAL OF ONTARIO, MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO, OR MINISTER OF JUSTICE OF ONTARIO WITH FORM USM – 94 REQUESTING THAT SERVICE BE MADE BY AND ENFORCEMENT OFFICER OF THE MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO UPON FLASH FREIGHT SYSTEMS** | THROUGH: **A REQUEST TO BE MADE BY PLAINTIFFS' COUNSEL UNDER THE HAGUE SERVICE CONVENTION TO ATTORNEY GENERAL OF ONTARIO, MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO, OR MINISTER OF JUSTICE OF ONTARIO WITH FORM USM – 94 REQUESTING THAT SERVICE BE MADE BY AND ENFORCEMENT OFFICER OF THE MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO UPON FLASH FREIGHT SYSTEMS** |
| Returned the same day _____ No. _____ Deputy Sheriff of _____ Mileage: $ _____ / ENTERED / _____ PAPER    RETURN _____/_____/_____ SERIAL NO.    DEPUTY    PARISH | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **FLASH FREIGHT SYSTEMS** being absent from the domicile at time of said service. Returned the same day _____ No. _____ Deputy Sheriff of _____ |

ID: 10215618                    Page 1 of 1

ATTORNEY'S NAME: Wasielewski, Jonathan D 32755
AND ADDRESS: 1750 St. Charles, Suite CU-1 , New Orleans, LA 70130

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
### STATE OF LOUISIANA

| NO: 2019-05756 | DIVISION: G | SECTION: 11 |
|---|---|---|

### DESVINGE, DEMICKA ET AL
#### Versus
### DOE, JOHN ET AL

### CITATION - OUT OF COUNTRY

TO: FLASH FREIGHT SYSTEMS
THROUGH: A REQUEST TO BE MADE BY PLAINTIFFS' COUNSEL UNDER THE HAGUE SERVICE CONVENTION TO ATTORNEY GENERAL OF ONTARIO, MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO, OR MINISTER OF JUSTICE OF ONTARIO WITH FORM USM – 94 REQUESTING THAT SERVICE BE MADE BY AND ENFORCEMENT OFFICER OF THE MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO UPON FLASH FREIGHT SYSTEMS

5894 EIGHTH LINE, ARISS, ON N0B 1B0, CANADA

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the
PETITION FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within sixty (60) days after service has been made on an out of country defendant pursuant to the "Hague Convention" under penalty of default.

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.
*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

**IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA May 31, 2019**

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

CHELSEY RICHARD NAPOLEON, Clerk
of
The Civil District Court for the
Parish of Orleans, State of LA
by _____
Tracy Lafonta, Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the within | On this _____ day of _____ served a copy of the within |
| PETITION FOR DAMAGES | PETITION FOR DAMAGES |
| ON FLASH FREIGHT SYSTEMS | ON FLASH FREIGHT SYSTEMS |
| THROUGH: A REQUEST TO BE MADE BY PLAINTIFFS' COUNSEL UNDER THE HAGUE SERVICE CONVENTION TO ATTORNEY GENERAL OF ONTARIO, MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO, OR MINISTER OF JUSTICE OF ONTARIO WITH FORM USM – 94 REQUESTING THAT SERVICE BE MADE BY AND ENFORCEMENT OFFICER OF THE MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO UPON FLASH FREIGHT SYSTEMS | THROUGH: A REQUEST TO BE MADE BY PLAINTIFFS' COUNSEL UNDER THE HAGUE SERVICE CONVENTION TO ATTORNEY GENERAL OF ONTARIO, MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO, OR MINISTER OF JUSTICE OF ONTARIO WITH FORM USM – 94 REQUESTING THAT SERVICE BE MADE BY AND ENFORCEMENT OFFICER OF THE MINISTRY OF THE ATTORNEY GENERAL OF ONTARIO UPON FLASH FREIGHT SYSTEMS |
| Returned the same day _____ No. _____ | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said **FLASH FREIGHT SYSTEMS** being absent from the domicile at time of said service. |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | |
| _____ / ENTERED / _____ | Returned the same day |
| PAPER         RETURN | _____ No. _____ |
| ___/_____/___ | Deputy Sheriff of _____ |
| SERIAL NO.   DEPUTY   PARISH | |

ID: 10215618                        Page 1 of 1

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: **19-5756**  DIVISION " "  **G-11**

DEMICKA DESVIGNE, MALIK BURTON, JUSTIVE DESVIGNE, AND MITCHELL BURTON

VERSUS

JOHN DOE, FLASH FREIGHT SYSTEMS, OLD REPUBLIC INSURANCE COMPANY, and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

FILED: _____  _____
DEPUTY CLERK

## PETITION FOR DAMAGES

Now into Court through undersigned counsel comes Plaintiffs, DEMICKA DESVIGNE, MALIK BURTON, JUSTIVE DESVIGNE, persons of the full age of majority, and a resident of the Parish of Orleans, State of Louisiana, AND MITCHELL BURTON, a person of the full age of majority, and a resident of the Parish of East Baton Rouge, State of Louisiana, who state as follows:

1.

Defendant, JOHN DOE, upon information and belief is a person of the full age of majority and a resident of the province of Ontario and country of Canada, and at all times pertinent hereto was the driver of a semi-tractor trailer vehicle carrying a Wabash National Freight Pro Trailer bearing Ontario, Canada issued License Plate E54-82L, which was at all times pertinent hereto registered to Benlea Leasting Ltd. and being used in the course and scope and furtherance of business interests of Flash Freight Systems, which is insured by the Defendant, OLD REPUBLIC INSURANCE COMPANY; and at all times pertinent hereto Defendant, JOHN DOE, was acting within the course and scope of his employment or as an agent of Defendant, FLASH FREIGHT SYSTEMS.

2.

Defendant, OLD REPUBLIC INSURANCE COMPANY, is a foreign corporation authorized to do and doing business in the Parish of Orleans and State of Louisiana and at all times pertinent hereto had in full force and effect a policy of liability insurance covering Defendants, JOHN DOE and FLASH FREIGHT SYSTEMS, for the risks hereinafter alleged involving the trailer bearing Ontario license plate, E54-821, and being transported by semi-tractor trailer operated by JOHN DOE as part of his employment or in service of FLASH

FREIGHT SYSTEMS.

3.

Defendant, FLASH FREIGHT SYSTEMS, is a foreign (Canadian) corporation doing business in the Parish of Orleans and State of Louisiana and at all times pertinent hereto was the employer and/or principal to agent/employee, JOHN DOE, and is responsible for the actions of its employee/agent under the legal doctrine of *respondeat superior*.

4.

Defendant, State Farm Mutual Automobile Insurance Company, a foreign corporation authorized to do and doing business in the Parish of Orleans and State of Louisiana and at all times pertinent hereto had in full force and effect a policy of insurance including uninsured motorist coverage to Demicka Desvigne and/or the Infiniti motor vehicle and her guest passengers made co-plaintiffs herein at all times pertinent to the collision described herein.

5.

The incident hereinafter referred to occurred in the Parish of Orleans, State of Louisiana, within the territorial jurisdiction of this Honorable Court.

6.

On or about May 30, 2018, Petitioner was operating her vehicle in the right hand lane of Interstate 10 eastbound near the Read Boulevard exit when suddenly and without warning Defendant, John Doe, attempted to merge from the middle lane into the right lane causing the trailer he was transporting bearing Ontario license plate E54-821 to strike the front driver's side of Petitioners' vehicle and thereby causing the injuries hereinafter more fully described.

7.

The foregoing incident was caused directly and proximately by the negligence of the defendant, JOHN DOE, particularly, but not exclusively, in the following respects, to-wit:

A. Driving in a reckless and careless manner without regard for the safety of others;

B. Failure to see what he should have seen;

C. Failure to keep a proper look out;

D. Failure to take evasive action to avoid causing the accident;

E. Failure to yield;

F. Improper lane usage;

G. Improper and unsafe lane change;

H.         Failure to maintain adequate and proper control of his vehicle; and

I.         Any and all other acts of negligence that may be proven at the time of trial of this matter.

8.

Alternatively, the incident was caused directly and proximately by the negligence of an unidentified and therefore presumed to be uninsured motorist, particularly, but not exclusively, in the following respects, to-wit:

A.         Driving in a reckless and careless manner without regard for the safety of others;

B.         Failure to see what she should have seen;

C.         Failure to keep a proper look out;

D.         Failure to take evasive action to avoid causing the accident;

E.         Failure to yield;

F.         Improper lane usage;

G.         Improper and unsafe lane change;

H.         Failure to maintain adequate and proper control of her vehicle; and

I.         Any and all other acts of negligence that may be proven at the time of trial of this matter.

9.

As a result of the negligence of defendant, JOHN DOE, Petitioners were caused to suffer severe and grievous injury to body and mind.

10.

Petitioners entitled to recover damages from JOHN DOE, FLASH FREIGHT SYSTEMS, and OLD REPUBLIC INSURANCE COMPANY for the injuries they sustained at the hands of the Defendant, John Doe, including to, but not limited to:

A.         Past, present and future medical expenses;

B.         Past, present and future mental and physical pain and suffering;

C.         Residual disability;

11.

Alternatively, if Petitioners were caused to suffer severe and grievous injuries to body and mind due to the negligence of an unknown, and therefore presumably uninsured, then Petitioners are entitled to recover damages from State Farm Mutual Automobile Insurance

Company under the terms of uninsured motorist coverage for the injuries they sustained at the hands of an unknown driver, including to, but not limited to:

A. Past, present and future medical expenses;

B. Past, present and future mental and physical pain and suffering;

C. Residual disability;

WHEREFORE, Petitioners pray that Defendants be served with this Petition as requested below and cited to appear and answer the same and that after due proceedings are had there be judgment herein in favor of Petitioners, DEMICKA DESVIGNE, MALIK BURTON, JUSTIVE DESVIGNE, and MITCHELL BURTON, and against the Defendants, JOHN DOE, FLASH FREIGHT SYSTEMS, and OLD REPUBLIC INSURANCE COMPANY, jointly and in solido, in a sum to be determined by this Honorable Court together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings, or alternatively in favor of Petitioners, DEMICKA DESVIGNE, MALIK BURTON, JUSTIVE DESVIGNE, and MITCHELL BURTON, and against the Defendant, State Farm Mutual Automobile Insurance Company, in a sum to be determined by this Honorable Court together with legal interest thereon from the date of judicial demand until paid for the damages done to Petitioners by an uninsured motorist, and for all costs of these proceedings. Petitioners further pray for all general and equitable relief.

Respectfully submitted,

*/s/ Wasielewski*

TIM L. FIELDS (Bar #: 24794)
Jonathan D Wasielewski (Bar # 32755)
Attorneys for Plaintiffs
1750 St. Charles Avenue, Suite CU1
New Orleans, Louisiana 70130
(504) 864-0111 Fax (504) 864-0111

**PLEASE SERVE**
JOHN DOE,
Hold Service until properly identified

AND

Old Republic Insurance Company
Through The Louisiana Secretary of State
8585 Archives Ave
Baton Rouge LA 70809

AND [service requests continued on the next page]

A TRUE COPY

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

Flash Freight Systems
Under Article 10 of Hague Convention of 15 November 1965 on Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, (the Hague Service Convention)
Via certified delivery and Via the Louisiana Longarm Statute
Attn: President
Flash Freight Systems
5894 Eighth Line
Ariss, ON N0B 1B0 Canada

AND

Flash Freight Systems
Via a request to be made by Plaintiffs' counsel under The Hague Service Convention to Attorney General of Ontario, Ministry of the Attorney General of Ontario, or Minister of Justice of Ontario with form USM – 94 requesting that service be made by an enforcement officer of the Ministry of the Attorney General of Ontario upon Flash Freight Systems 5894 Eighth Line Ariss, ON N0B 1B0 Canada
PLEASE ISSUE A CERTIFIED COPY OF PETITION and CITATION addressed to:
Flash Freight Systems 5894 Eighth Line Ariss, ON N0B 1B0 Canada
to Plaintiff's counsel for mailing

AND

State Farm Mutual Automobile Insurance Company
Through The Louisiana Secretary of State
8585 Archives Ave
Baton Rouge LA 70809